BENJAMIN B. WAGNER
United States Attorney
CRYSTAL K. FULFER
Special Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 2:14-MJ-00204-AC |
|---|---|
| Plaintiff, | [PROPOSED] ORDER TO DISMISS THE INFORMATION AND VACATE COURT TRIAL DATE |
| v. | |
| JESUS B. NEVAREZ, | |
| Defendant. | |

It is hereby ordered that the Information in Case Number 2:14-MJ-00204-AC, United States v. Jesus B. Nevarez, is dismissed without prejudice and the trial date of February 2, 2015 at 9:00 a.m. is vacated.

IT IS SO ORDERED.

Dated:   January 20, 2015

HON. ALLISON CLAIRE
United States Magistrate Judge

1